UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE
$215.758.00 in U.S Currency
(23-CBP-000130)

Misc. No.: 23-mc-50651
Honorable Jonathan J.C. Grey

_____,

**Notice of Resolution of Miscellaneous Matter**

On March 23, 2023, this Court entered a Stipulation and Order Extending United States' Time to File Forfeiture Complaint and to Toll the Civil Filing Deadline (ECF No. 1), which extended the government's deadline to initiate judicial forfeiture proceedings with regard to $215,758.00 in U.S Currency (23-CBP-000130).

On May 31, 2023, this Court entered another Stipulation and Order Extending United States' Time to File Forfeiture Complaint and to Toll the Civil Filing Deadline (ECF No. 2), which extended the government's deadline to initiate judicial forfeiture proceedings with regard to $215,758.00 in U.S Currency (23-CBP-000130).

The government hereby provides notice that it will not be seeking any further extensions of the CAFRA deadline; therefore, this matter can be closed.

Respectfully submitted,

Dawn N. Ison
United States Attorney

| | |
|---|---|
| Dated: August 3, 2023 | S/Catherine E. Morris<br>Catherine E. Morris (P84371)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Ste. 2001<br>Detroit, Michigan 48226<br>(313) 226-9562<br>Catherine.Morris@usdoj.gov |

**Certificate of Service**

I hereby certify that service of a copy of the foregoing has been made on August 3, 2023 upon the attorney for Samir Barka, Todd Russell Perkins, via first class mail by placing the same in an envelope, postage prepaid, and depositing said envelope in the United States Mail addressed to:

> Todd Russell Perkins, Esq.,
> Attorney for Claimant
> The Perkins Law Group, PLLC
> 615 Griswold St, Ste 400
> Detroit, MI 48226

A copy of the foregoing document was also sent to Todd Russell Perkins via email at tperkins@perkinslawgroup.net on August 3, 2023.

> S/Catherine E. Morris
> Catherine E. Morris (P84371)
> Assistant U.S. Attorney
> 211 W. Fort Street, Ste. 2001
> Detroit, Michigan  48226
> (313) 226- 9562
> Catherine.Morris@usdoj.gov